Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

UNITED STATES of America, Appellant, v. CITIZENS NATIONAL TRUST & SAVINGS BANK, Appellee.

No. 8859.

Circuit Court of Appeals, Ninth Circuit.

June 6, 1938.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

Cosgrove & O'Neil and F. B. Yoakum, Jr., all of Los Angeles, Cal., for appellee.

Before WILBUR DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

UNITED STATES of America, Appellant, v. M. E. QUEENER, Administrator of the Estate of Jasper R. Moseley, Deceased, etc., Appellees.

No. 7509.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1938.

Horace Frierson, Jr., of Columbia, Tenn., for the United States.

M. E. Queener, of Columbia, Tenn., and Lewis Tillman, of Nashville, Tenn., for appellees.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This case was heard upon the transcript of the record, briefs, and argument of counsel, and it appearing to the court that there was substantial evidence that the veteran Jasper R. Moseley became totally and permanently disabled while the War Risk Insurance policy sued on was in force, it is therefore ordered and adjudged that the judgment appealed from be and is hereby affirmed.

UNITED STATES of America, Appellant, v. Antonio Roca SAGREDO, Appellee.

No. 319.

Circuit Court of Appeals, Second Circuit.

May 2, 1938.

Lamar Hardy, U. S. Atty., of New York City (Clarence W. Roberts, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Reversed on the authority of United States v. Harbanuk, 2 Cir., 62 F.2d 759. See also 8 U.S.C.A. §§ 392(b), and 241(3).

UNITED STATES of America v. J. D. WAKEFIELD.

No. 1726.

Circuit Court of Appeals, Tenth Circuit.

June 11, 1938.

Curtis P. Harris, Sp. Atty., Department of Justice, for the United States.

Lee B. Thompson, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES ex rel. Harry HUDAK, Relator-Appellant, v. Byron H. UHL, as District Director of Immigration, etc., Respondent-Appellee.**

No. 365.

Circuit Court of Appeals, Second Circuit.

May 17, 1938.

James E. Wilkinson, of Brooklyn, N. Y., for appellant.

T. Joseph Coffey, of Auburn, N. Y., Ralph L. Emmons, U. S. Atty., of Binghamton, N. Y. (B. Fitch Tompkins, Asst. U. S. Atty., of Syracuse, N. Y., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 20 F.Supp. 928, affirmed in open court.

**UNITED STATES of America, v. J. D. WAKEFIELD et al.**

No. 1727.

Circuit Court of Appeals, Tenth Circuit.

June 11, 1938.

Curtis P. Harris, Sp. Atty., Department of Justice, for the United States.

Lee B. Thompson, of Oklahoma City, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, on the relation of LEW CHUNG JON, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION AND NATURALIZATION, Port of New York, Respondent-Appellee.**

No. 309.

Circuit Court of Appeals, Second Circuit.

May 2, 1938.

Paul Jones, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (John W. Knox, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 18 F.Supp. 641, affirmed.